**Sherman A. THOMPSON, Plaintiff—Appellant,**

v.

**Sergeant JOYNER; Correctional Officer Alston; Officer, Melton; Officer, Headen; Captain, Alston; Officer, Hinton, Defendants—Appellees.**

No. 07–6834.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2007.

Decided: Oct. 24, 2007.

Sherman A. Thompson, Appellant Pro Se. Yvonne Bulluck Ricci, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sherman A. Thompson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thompson v. Joyner,* No. 5:06-ct-03013-FL (E.D.N.C. May 29, 2007). We deny Thompson's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*